UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CORNELIUS LEE DOUGLAS, SR., as Personal Representative of the Estate of Asha N. Douglas and as natural parent and Guardian of C.L.D., | ) ) ) ) ) | Civil Action No.: 4:13-cv-3324-BHH-TER |
| Plaintiff, | ) ) | **ORDER** |
| -vs- | ) ) ) | |
| AMERICAN GENERAL LIFE INS. CO., | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On February 23, 2015, the Guardian ad Litem for the minor Plaintiff C.L.D. filed a Motion to Compel Settlement and Petition for Approval of Minor's Settlement (Document # 33). Thereafter, counsel for Plaintiffs moved to withdraw from representation, and the motion was granted. Plaintiff Cornelius Lee Douglas, Sr. is now proceeding pro se. As such, he is solely responsible for the prosecution of his claims, which includes abiding by the rules of this court, including the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Civil Rules for the District of South Carolina, as well as all deadlines. **Plaintiff Cornelius Lee Douglas, Sr. is directed to file a response to the Motion to Compel Settlement and Petition for Approval of Minor's Settlement (Document # 33) within ten days of the date of this Order. Failure to file a response may result in the motion being granted as unopposed.**

      **IT IS SO ORDERED**.

                                                s/Thomas E. Rogers, III
                                                Thomas E. Rogers, III
                                                United States Magistrate Judge

May 26, 2015
Florence, South Carolina